**Exhibit A to the Complaint**

**Location:** West Hartford, CT  **IP Address:** 32.213.236.131
**Total Works Infringed:** 37  **ISP:** Frontier Communications

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | FD928994BB900C0D711D62EB937A56C97C5AE985 | Vixen | 10/26/2018 17:28:34 | 10/16/2018 | 10/28/2018 | PA0002130458 |
| 2 | 025477E817FDAD26E20E85603DCEC00D1BD5DA68 | Blacked | 09/05/2018 23:00:09 | 09/02/2018 | 11/01/2018 | 17093751603 |
| 3 | 0430F254E5EEA53B1AB07F2DA6E891E6B73C1D60 | Blacked | 09/05/2018 22:53:50 | 08/28/2018 | 10/16/2018 | PA0002127773 |
| 4 | 132EE60D7C0DC1229C3D3CBD15C56561F8581C2E | Vixen | 03/27/2018 01:05:21 | 11/30/2017 | 01/04/2018 | PA0002097470 |
| 5 | 13E8EEFEE6BEB6F7F9D98C4DF12FB08345043301 | Vixen | 09/28/2018 01:05:47 | 09/14/2018 | 11/01/2018 | 17094105331 |
| 6 | 1E30CD089A57F0DDC28EA43870B6C93F25DC8498 | Blacked Raw | 09/28/2018 12:08:59 | 09/14/2018 | 11/01/2018 | 17093717743 |
| 7 | 259A2C3790345E1C8DE8609B1D36987D0AA87E7C | Blacked | 10/26/2018 17:18:15 | 10/12/2018 | 10/28/2018 | PA0002130455 |
| 8 | 284E4E396F1F787478E836FEEF797DE00E33D5E4 | Blacked Raw | 10/16/2018 12:16:21 | 10/14/2018 | 11/01/2018 | 17093717793 |
| 9 | 2F73A144B780B7D386C021B9DFCA2C674931DEE8 | Blacked | 03/27/2018 01:22:35 | 03/21/2018 | 04/12/2018 | PA0002091520 |
| 10 | 30DA489597F6D7CBEA57C6287564FA8325DBC4F8 | Blacked Raw | 06/20/2018 10:52:51 | 06/16/2018 | 07/14/2018 | PA0002128317 |
| 11 | 3350AD6ED2ECD3F20CA9BFAB853A3CED164589B0 | Blacked Raw | 08/07/2018 23:07:46 | 08/05/2018 | 09/01/2018 | PA0002119682 |
| 12 | 3981818C672261E5A1A0D5B561F7A7FEF98A7805 | Blacked | 09/28/2018 01:13:33 | 09/22/2018 | 11/01/2018 | 17094105381 |
| 13 | 3A537EE9DB3C9D1CC034969BB99F0D20491724A2 | Blacked Raw | 06/03/2018 16:03:26 | 06/01/2018 | 07/14/2018 | PA0002128077 |
| 14 | 3D5565340A11007367A788386A1708908C63FDA4 | Tushy | 10/09/2018 00:39:13 | 10/08/2018 | 11/01/2018 | 17093717692 |
| 15 | 5602E15C76A2CB2369322872F6C53500FB225372 | Blacked Raw | 03/27/2018 01:14:13 | 03/23/2018 | 04/17/2018 | PA0002116746 |
| 16 | 5BCDABA05269A9B9B2AFBA569E4D046F5A56236F | Vixen | 09/12/2018 22:59:42 | 09/11/2018 | 10/16/2018 | PA0002127780 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 628B68825D76E58E7D4FD13905CECE3D6CAFF612 | Blacked | 08/18/2018 20:06:11 | 08/18/2018 | 09/05/2018 | PA0002135664 |
| 18 | 63DFE31973E8D9C33E4F6DC4A565B760E78B2463 | Vixen | 03/19/2018 02:48:52 | 12/10/2017 | 01/04/2018 | PA0002097451 |
| 19 | 6485D2C06BE7023990B69BE93812D5066B963ED4 | Blacked | 05/01/2018 22:39:41 | 04/20/2018 | 05/23/2018 | PA0002101307 |
| 20 | 64B7A1F1B3732D5683AA4FFCC5B65BC46CBDE5F3 | Blacked Raw | 04/06/2018 11:33:05 | 04/02/2018 | 04/17/2018 | PA0002116078 |
| 21 | 785A6EA8AC73F22172110D99507392A6C6916D7B | Vixen | 10/09/2018 00:04:56 | 10/01/2018 | 11/01/2018 | 17094105431 |
| 22 | 7AACC2533AD52D2357CB5433E0CFF454BEEA259E | Blacked | 10/26/2018 17:46:43 | 10/17/2018 | 10/28/2018 | PA0002130456 |
| 23 | 88F141141A30BFF7CE73552E3E170D8D0E470CBF | Blacked Raw | 10/09/2018 00:02:26 | 10/04/2018 | 10/16/2018 | PA0002127787 |
| 24 | 958114234F010ED12787587C6B9FA13E19388CF1 | Vixen | 11/09/2018 23:44:24 | 10/26/2018 | 12/09/2018 | 17210310412 |
| 25 | 96AEF5CCCC986CCBC629B6F97649BCEBBC0586B2 | Blacked | 05/25/2018 17:23:45 | 04/25/2018 | 06/19/2018 | PA0002126642 |
| 26 | A697DE308520A74A35929A48D834E6A10747F054 | Blacked | 10/09/2018 00:01:51 | 10/07/2018 | 10/16/2018 | PA0002127790 |
| 27 | AE239D62AECAF3E11B72744CA93C44F09BAECD9C | Blacked Raw | 02/27/2018 12:46:21 | 02/11/2018 | 03/02/2018 | PA0002104740 |
| 28 | CD697A3549A0F9C1A1B30D3FE01F50E6F82FA365 | Blacked | 04/19/2018 23:11:32 | 04/15/2018 | 05/23/2018 | PA0002101306 |
| 29 | CE6E3AE355BE0831A6BC74277D06A3BB60A09F5A | Blacked | 11/10/2018 00:04:25 | 11/06/2018 | 11/25/2018 | PA0002136603 |
| 30 | D8D7AA43D1F211B5C0E6AB6C3FA34FB34CB16036 | Blacked Raw | 06/25/2018 11:34:31 | 06/21/2018 | 07/26/2018 | PA0002112156 |
| 31 | E0805C7C54BD9B9777F151B670B78A4D50290951 | Blacked | 05/25/2018 17:37:31 | 05/10/2018 | 05/24/2018 | PA0002101376 |
| 32 | E4FA6F6310C5461AAE5D2DC4A45FA4D9AC45D9F6 | Blacked | 04/06/2018 11:52:54 | 04/05/2018 | 04/17/2018 | PA0002116752 |
| 33 | F32C31E4B99A1FD318098B5330FCF39BC3CAA4F3 | Blacked | 03/27/2018 01:30:46 | 03/26/2018 | 04/12/2018 | PA0002091525 |
| 34 | F518524A3E8B5819DB451A88F725D979F728EC34 | Vixen | 08/18/2018 20:08:24 | 08/12/2018 | 09/01/2018 | PA0002119680 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | F7376CEB79F8F49F4AA0A5D72A07C3C7310723CA | Vixen | 11/10/2018 00:14:30 | 10/31/2018 | 12/09/2018 | 17210345436 |
| 36 | FB7E3EA3B9E083499E761482A6C6D7DFDB749555 | Vixen | 10/09/2018 00:20:36 | 10/06/2018 | 11/01/2018 | 17094105481 |
| 37 | FFB59D7B851B2FAC080AAAD07215FDA138C5D5B9 | Vixen | 08/18/2018 20:32:59 | 08/07/2018 | 09/05/2018 | PA0002135684 |